NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ABBOTT DIABETES CARE LTD., ABBOTT DIABETES CARE, INC.,**
*Plaintiffs-Cross-Appellants*

v.

**DEXCOM, INC.,**
*Defendant-Appellant*

---

2025-1230, 2025-1303

---

Appeal from the United States District Court for the District of Delaware in No. 1:21-cv-00977-KAJ, Circuit Judge Kent A. Jordan.

---

**O R D E R**

The parties having so agreed, it is ordered that:

(1) The proceeding is DISMISSED under Fed. R. App. P. 42 (b).

2            ABBOTT DIABETES CARE, INC. v. DEXCOM, INC.

(2) Each side shall bear their own costs.

FOR THE COURT

December 26, 2024
Date

Jarrett B. Perlow
Clerk of Court

**ISSUED AS A MANDATE:** December 26, 2024